IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA and
INTERNAL REVENUE SERVICE,

       Petitioners,

                                                                   Misc. No. 07-13 JB

vs.

KENT CARTER,

       Respondent.

## UNOPPOSED MOTION TO DISMISS

The United States of America and Internal Revenue Service (IRS), by and through undersigned counsel, respectfully request the Court to dismiss this action with prejudice. The IRS will not seek from Mr. Carter further enforcement of the two IRS summonses at issue herein (Doc. 1, Exhibits A1 and A2).

WHEREFORE the United States and the IRS request the Court to dismiss this action with prejudice.

                                                Respectfully submitted,

                                                LARRY GOMEZ
                                                United States Attorney

                                                *Electronically filed 11/28/07*
                                                CYNTHIA L. WEISMAN
                                                Assistant U. S. Attorney
                                                P. O. Box 607
                                                Albuquerque, NM  87103
                                                Tel. (505) 346-7274
                                                Fax (505) 346-7205

I hereby certify that on November 28, 2007, I filed the foregoing electronically through the CM/ECF system, and that a true and correct copy of the foregoing was mailed, postage prepaid, by depositing in the United States mail to:

Kent Carter
P.O. Box 5033
Carlsbad, NM 88221

Electronically filed 11/28/07
CYNTHIA L. WEISMAN
Assistant U.S. Attorney

N:\CWeisman\Cases-New\Tax\Carter Kent\motion dismiss.wpd